UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DWAYNE LITTLEJOHN

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV3707
JUDGE ZAGEL
MAG. JUDGE MARTIN

vs.

STATE OF ILLINOIS

LISA MADIGAN

COUNTY OF COOK

ANITA ALVAREZ

JOHN DILLON

AMANDA PILLSBURY

Case
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
   28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: DWAYNE LITTLEJOHN
   B.  List all aliases: N/A
   C.  Prisoner identification number: R43595
   D.  Place of present confinement: ROBINSON CORRECTIONAL CENTER
   E.  Address: 13423 E. 1150TH AVE, ROBINSON, IL, 62454

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: LISA MADIGAN
       Title: ATTORNEY GENERAL OF STATE OF ILLINOIS
       Place of Employment: SPRINGFIELD, ILLINOIS

   B.  Defendant: ANITA ALVAREZ
       Title: COOK COUNTY STATES ATTORNEY
       Place of Employment: CHICAGO, ILLINOIS

   C.  Defendant: JOHN DILLON
       Title: ASSISTANT TO THE COOK CO. STATES ATTY.
       Place of Employment: CHICAGO, ILLINOIS

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. DEFENDANT: AMANDA PILLOBURY
   TITLE: ASSISTANT TO THE COOK CO. STATES ATTY.
   PLACE OF EMPLOYMENT: CHICAGO, ILLINOIS

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: DWAYNE LITTLEJOHN V. STATE OF ILLINOIS AND COOK COUNTY STATES ATTORNEYS OFFICE

B. Approximate date of filing lawsuit: APRIL 09, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: LISA MADIGAN; ANITA ALVAREZ; STATE OF ILLINOIS; COOK COUNTY, ILLINOIS; JOHN DILLON, AMANDA PILLSBURY

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ILLINOIS COURT OF CLAIMS

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: FOR ACTUAL AND COMPENSATORY DAMAGES ARISING FROM UNAUTHORIZED USE OF INTANGIBLE PERSONAL PROPERTY W/O JUST COMPENSATION

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DEFENDANTS FAILED TO RESPOND WITHIN 60 DAYS. ACCEPTED AS DENIAL OF CLAIM AND FULL EXHAUSTION OF REMEDY WITH STATE.

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. ON FEBRUARY 21, 2007, THE PLAINTIFF, SECURED PARTY, DWAYNE LITTLEJOHN, PERFECTED AND FILED A BLANKET SECURITY INTEREST AND LIEN OVER ALL OF THE DEBTOR/ ARTIFICIAL CORPORATE ENTITY-PERSON, "DWAYNE LITTLEJOHN'S" ASSETS IN ACCORD WITH ILLINOIS COMMERCIAL LAW WITH THE ILLINOIS SECRETARY OF STATES OFFICE, UCC DIVISION; WHICH ASSETS AT THAT TIME WERE CLAIMED AND LIENED AT A SUM CERTAIN $7,000,000.00 AND AMENDED TO $100,000,000.00 ON OCTOBER 05, 2009.

2. ON FEBRUARY 27, 2007, AND TIMES PRIOR TO THIS DAY, THE DEFENDANTS DID KNOWINGLY AND WILLFULLY, BY FRAUDULENT USE OF PROCESS, FORCED JUDGMENTS ON FICTITIOUS CLAIMS, WHICH WERE FABRICATED BY THE DEFENDANTS, UNDER A COVER OF OFFICIAL RIGHT AND APPEARANCE AND COLOR OF STATE LAW, WITH THE INTENTION OF PERMANENTLY DEFRAUDING AND

DEPRIVING THE PLAINTIFF/SECURED PARTY OF THE ABOVESAID ASSETS/PROPERTY AND HIS RIGHTS TO POSSESS AND CONTROL SAID PROPERTY AND TO GAIN UNJUST ENRICHMENT FOR THEMSELVES AND FOR THE COMMERCIAL BENEFIT AND GOVERNMENTAL FUNCTION OF THE STATE OF ILLINOIS, AN ARTIFICIAL CORPORATE ENTITY/PERSON.

3. THE PROPERTY/COLLATERAL OF THE PLAINTIFF'S SECURITY INTEREST AND LIEN WHICH WAS USED IN THE DEFENDANTS FICTITIOUS CLAIMS ARE: 1) THE PROPRIETARY INTANGIBLE PERSONAL PROPERTY/ TRADENAME, DWAYNE LITTLEJOHN; AND 2) SOCIAL SECURITY IDENTIFICATION NUMBER 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, AMONG OTHER IDENTIFICATION, WHICH ATTACHES, CONTAINED IN THE FINANCING STATEMENTS AND SECURITY AGREEMENT(S) -- SECURED PROPERTY OF THE PLAINTIFF. (SEE ATTACHED FINANCING STATEMENTS AND SECURITY AGREEMENT.)

4. THE FICTITIOUS CLAIMS FABRICATED BY THE DEFENDANTS INCLUDING BUT NOT LIMITED TO ALL FINANCING

STATEMENTS AND SECURITY AGREEMENTS BETWEEN THE DEFENDANTS WHICH CONTAIN MY SECURED PROPERTY AS COLLATERAL IN THEIR COMMERCIAL TRANSACTIONS ARE AS FOLLOWS: PEOPLE OF THE STATE OF ILLINOIS V. DWAYNE LITTLEJOHN. THE CASE/ACCOUNT NUMBERS ARE AS FOLLOWS:

1. 04CEC3302401;

2. 04CEC3302501;

3. 07CR0593301; AND

4. 13CR1028701.

5. THE SECURITY AGREEMENTS BETWEEN THE DEFENDANTS WHICH CONTAIN MY ABOVESAID PROPERTY WITHIN THE LIST OF COLLATERAL WERE FABRICATED AS "COOK COUNTY", A GOVERNMENTAL UNIT AS "DEBTOR" AND THE "STATE OF ILLINOIS" AS "SECURED PARTY".

6. THE FINANCING STATEMENTS ON FILE WITH THE U.C.C. FILING OFFICE WHICH CONTAIN MY SECURED PROPERTY AS COLLATERAL

WERE REGISTERED IN THE

WERE REGISTERED IN THE COMMERCIAL CHAMBER WITH THE "COUNTY OF COOK", OR ITS OFFICIALS, AS "DEBTOR(S)", AND WITH THE "STATE OF ILLINOIS", AND/OR ITS OFFICIALS, AS "SECURED PARTY."

7. AT ALL TIMES MATERIAL TO THIS COMPLAINT, THE GOVERNMENTAL UNIT, COUNTY OF COOK, THROUGH ANITA ALVAREZ, JOHN DILLON, AND/ OR AMANDA PILLSBURY BILLED OR CAUSED THE STATE OF ILLINOIS TO BE BILLED FOR THE FICTITIOUS CLAIMS WHICH CONTAINED MY SECURED COLLATERAL WITH INTENTION TO GAIN UNJUST ENRICHMENT THEREFROM.

8. AT ALL TIMES MATERIAL TO THIS COMPLAINT, THE ARTIFICIAL CORPORATE ENTITY, STATE OF ILLINOIS, THROUGH ITS AGENTS AND OFFICIALS, MADE PAYMENT TO OR CAUSED PAYMENT TO BE MADE TO THE COUNTY OF COOK IN EXCHANGE TO INCUR A PURCHASE MONEY SECURITY INTEREST IN THE FICTITIOUS CLAIMS WHICH WERE FABRICATED BY THE GOVERNMENTAL UNIT, COOK COUNTY STATES ATTORNEYS OFFICE, WHICH CONTAINED MY SECURED PRIVATE PROPERTY AS COLLATERAL.

AT ALL TIMES MATERIAL TO THIS COMPLAINT, THE STATE OF ILLINOIS, THROUGH ITS OFFICIALS AND/OR AGENTS USED THESE TH

9. AT ALL TIMES MATERIAL TO THIS COMPLAINT, THE STATE OF ILLINOIS, THROUGH ITS OFFICIALS AND/OR AGENTS, USED THE SAME FICTITIOUS CLAIMS, ALONG WITH THE STATE'S NEWLY ACQUIRED INTEREST THEREIN, TO DRAW UPON A LETTER OF CREDIT AGAINST THE UNITED STATES TREASURY DEPARTMENT; USING MY SECURED COLLATERAL AS AN OBLIGOR OR SECONDARY OBLIGOR ON COMMERCIAL PAPER WITHOUT MY KNOWLEDGE AND WITHOUT MY EXPRESS OR WRITTEN CONSENT.

10. AT ALL TIMES MATERIAL TO THIS COMPLAINT, BY FRAUDULENT REPRESENTATION, THE DEFENDANTS SIGNED THE COMMERCIAL PAPER AS "ACCOMMODATION PARTY" AND INTENTIONALLY DEFAULTED ON THE LETTER-OF-CREDIT CAUSING ME, THE SECURED PARTY/PLAINTIFF TO SUFFER A COMMERCIAL INJURY OF INDEBTEDNESS, EXTREME ECONOMIC HARDSHIP, INCLUDING BUT NOT LIMITED TO BEING SUBJECTED TO SLAVERY AND INVOLUNTARY SERVITUDE BY FALSE ARREST, MALICIOUS PROSECUTION BY FRAUDULENT USE OF PROCESS, AND AN ONGOING INJURY OF

UNLAWFUL IMPRISONMENT IN THE CUSTODY
OF THE ILLINOIS DEPARTMENT OF CORRECTIONS
AS A PROXIMATE RESULT OF THEIR
INTENTIONAL CONCEALMENT OF THIS MATTER
COUPLED WITH THEIR FRAUDULENT ACTS
THAT THE DEFENDANTS COMMITTED AGAINST
ME, THE SECURED PARTY, IN BAD FAITH.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TEMPORARY RESTRAINING ORDER ENJOINING THE DEFENDANTS FROM COLLECTING OR USING ANY FRAUDULENTLY ACQUIRED PROCEEDS TO SUSTAIN THIS ACTION AGAINST ME; A PERMANENT INJUNCTION ENJOINING THE DEFENDANTS FROM CONTINUING TO ENFORCE OBLIGATION OF PERFORMANCE AGAINST ME; IMMEDIATE ORDER TO RELEASE ME FROM CUSTODY; JUST COMPENSATION FOR DAMAGES SUFFERED. ANY OTHER EQUITABLE RELIEF THIS COURT DEEMS JUST.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __13__ day of __MAY__, 20__14__

_____ :ⓒ
(Signature of plaintiff or plaintiffs)

__DWAYNE : LITTLEJOHN : ⓒ__
(Print name)

__R43595__
(I.D. Number)

__ROBINSON CORRECTIONAL CENTER__

__13423 E. 1150TH AVE.__

__ROBINSON, ILLINOIS 62454__
(Address)