**PRISONER CASE**

Cat. 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
MAY 19 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DWAYNE LITTLEJOHN

**Defendant(s):** LISA MADIGAN, etc., et al.

**County of Residence:** CRAWFORD

**County of Residence:**

**Plaintiff's Address:**
Dwayne Littlejohn
R-43595
Robinson - RCC
13423 E. 1150th Ave.
Robinson, IL 62454

**Defendant's Attorney:**

14CV3707
JUDGE ZAGEL
MAG. JUDGE MARTIN

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *L. Insalaco*

**Date:** 5/19/14